AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

District of Rhode Island

| | |
|---|---|
| United States of America<br>v.<br><br><br><br>Abrar Anjum<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.   1:20- MJ- 09  LDA |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May, 2019 _____ in the county of _____ in the _____ District of ____ Rhode Island ____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343;<br>18 U.S.C. § 1349; and<br>18 U.S.C. § 2326. | Wire fraud;<br>Conspiracy to commit wire fraud; and<br>Telemarketing or email marketing fraud. |

This criminal complaint is based on these facts:

See the attached Affidavit of Special Agent, Craig A. Graham, of the Federal Bureau of Investigation ("FBI").

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent, Craig A. Graham ~ FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __1/23/2020__

_____
*Judge's signature*

City and state:        Providence, Rhode Island

Lincoln D. Almond, U.S. Magistrate Judge
*Printed name and title*